IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIIA DIVISION

RCV'D - USDC COLA SC
JUN 23 '26 AM11:33

| | |
|---|---|
| Clarence B. Jenkins Jr | ) |
| Plaintiff, | ) |
| | ) Case No. 3:26-cv-02466-JDA-PJG |
| v. | ) |
| | ) |
| South Carolina Department of Employment | ) |
| Workforce | ) |
| Defendant | ) |
| | ) |
| _____ | ) |

I as Pro Se Plaintiff filled this claim against South Carolina Department of Employment Workforce(hereafter SCDEW) for Employment Discrimination and Retaliation per U.S. Equal Employment Opportunity (hereafter USEEOC) Charge No. 436-2026-01042 that authorized lawsuit in U.S. Federal Court based on violation of U.S. Federal Laws.   A Secret Blackballed Affect of "Barred From Applying" which illegal was applied to applicant master profile to deny employment opportunities.   South Carolina Department of Employment Workforce has stated that NEOGOV applied the illegal bar of "Barred From Applying" to deny Employment opportunities which NEOGOV has denied.   NEOGOV has provided I as Pro Se Plaintiff

1

responses regarding Barred From Applying since October, 2025 to January, 2026 denying any responsibility for any actions taking by Users of their products.    NEOGOV provided I as Pro Se Plaintiff an Official Statement through email communications from their legal department on January 5, 2026 denying any responsibilities and placing the blame on the Users of their product which is SCDEW.    The Secret Blackballing Affect was placed on my applicant master profile on July 19, 2013 to December 30, 218 which is five and half years of denying employment opportunities which SCDEW and other Defendants has denied since 2011 until the court's filing on December 21, 2023.    SCDEW along with other Defendants has intentionally lied to me as I Pro Se Plaintiff since 2011 and committed Obstruction Of Justice by deliberately providing false statements to this COURT regarding their involvement of a Secret Blackballing Affect with Barred From Applying.    SCDEW as Defendant(s) in a Case No. 3:23-cv-4593-JDA admitted in U.S. District Court, Columbia Division that it take actions to deny employment opportunities and was aware of the harm.    This COURT erred in its decision to dismissed Case No. 3:23-cv-4593-JDA when SCDEW as a Defendant(s) admitted by court's filing on December 21, 2023 that it take actions to deny employment opportunities and was aware of the harm only to have NEOGOV provide an official statement as additional verification on January 5, 2026 of their responsibility.    The official statement from NEOGOV establishing SCDEW as Users which applied the Secret Blackballing Affect of Barred from Applying and other illegal classification to harm.    I as Pro Se Plaintiff submitted substantial evidence of the Secret Blackballing Affect by SCDEW in Case No. 3:18-cv-1874-TLW that were ignored so this COURT erred as intentional harm to deny justice.    I as Pro Se Plaintiff submitted substantial evidence of the Secret Blackballing by SCDEW in Case No. 3:21-cv-1606-TLW from NEOGOV of May 22, 2019 through August 12, 2019 and January 29, 2021 establishing Civil Rights Violations of Employment Discrimination and Retaliation which was dismissed so another erred by this COURT to harm.    SCDEW and others were provided notification through email communications regarding the official statement from NEOGOV establishing Civil Rights Violations of Employment Discrimination and Retaliation.    SCDEW along with other Violators

2

has continued the harm of Civil Rights Violations of Employment Discrimination and Retaliation in 2026.

I ss Pro Se Plaintiff are submitting NEOGOV Official Statement as of January 5, 2026, USEEOC Complaint and USEEOC Notice of Right To Sue for USEEOC Charge No. 436-2026-01042 to establishing Civil Rights Violations of Employment Discrimination along Retaliation.   Also to establish justification and proper jurisdiction of this COURT . NEOGOV has provided

WHEREFORE, I as Pro Se Plaintiff filed this lawsuit against South Carolina Department of Employment Workforce in this COURT for Civil Rights Violations of Employment Discrimination and Retaliation.

June 23, 2026

_Clarence B. Jenkins Jr._

Clarence B. Jenkins Jr

945 Wire Rd.

Neeses, South Carolina 29107

(803)263-4514

Upscale81@yahoo.com

Pro Se Plaintiff

3